UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| SHANE AMATO, | ) | |
| | ) | |
| Plaintiff/Petitioner, | ) | Civil No.: 5:19-cv-00171-GFVT-HAI |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| BRAD ADAMS, Warden, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

*** *** *** ***

This matter is before the Court on a Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. The Defendant, Shane Amato, filed a *pro se* so-called petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. [R. 1.] However, Mr. Amato's petition does not challenge his conviction or sentence. Instead, he contests his inmate classification. Consistent with local practice, Judge Ingram reviewed the motion and prepared a Recommended Disposition. [R. 6.]

After considering the record, Judge Ingram determined that Mr. Amato is not entitled to relief under 28 U.S.C. § 2254. Specifically, Judge Ingram found that Mr. Amato may not assert his inmate classification claims in a habeas corpus proceeding under 28 U.S.C. § 2254. Judge Ingram correctly noted that "challenges to a prisoner's classification or place of confinement . . . are 'conditions of confinement' claims which may only be asserted in a civil rights action." *Owen v. Sepanek*, 2014 WL 6610169, at *3 (E.D. Ky. 2014) (collecting cases). Therefore, if Mr. Amato wishes to challenge his prisoner classification in federal court, he must do so pursuant to § 1983.

Generally, this Court must make a *de novo* determination of those portions of a

recommended disposition to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ."  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation.  Furthermore, the Court declines to issue a certificate of appealability.  The Court determines that reasonable jurists would not find the denial of Mr. Amato's § 2254 motion debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. Magistrate Judge Hanly A. Ingram's Report and Recommendation [**R. 6**] as to Defendant Shane Amato is **ADOPTED** and for the Opinion of the Court;

2. Mr. Johnston's Petition for habeas corpus relief pursuant to § 2254 [**R. 1**] is **DISMISSED WITHOUT PREJUDICE**.

This the 6th day of May, 2019.

Gregory F. Van Tatenhove
United States District Judge